

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00418-CV

Margaret Jean **FISCHER**,
Appellant

v.

Phillip Stirling **FISCHER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-14-15-CV
The Honorable William Old, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Jason Pulliam, Justice

Delivered and Filed:  November 25, 2015

DISMISSED

Appellant's notice of appeal was filed in this court on July 9, 2015.  To this date, appellant has not paid the $195 filing fee nor made any showing that appellant is excused by statute or rule from paying the filing fee.  *See* TEX. R. APP. P. 5, 20.  Appellant has also failed to file a docketing statement.  On September 25, 2015, this court ordered appellant to show cause in writing by October 5, 2015, that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee.  Appellant was advised that if she failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee.  *See* TEX. R. APP. P. 5, 42.3(c).  Appellant did not

respond. While the show cause order dated September 25, 2015 was returned to the court, no forwarding address was provided, appellant has not provided this court with a valid address, and this court made unsuccessful attempts to secure a current address for appellant.

The appeal is DISMISSED for failure to pay the filing fee. *See id.*

PER CURIAM